## Case No. 4,872.

### FLINT et al. v. JONES.

[1 Wkly. Notes Cas. 334.]

Circuit. Court, E. D. Pennsylvania. March, 1875.

1 [Reported by Hon. John F. Dillon, Circuit Judge, and here reprinted by permission.]

E. L. Perkins, for plaintiffs.
S. C. Perkins, contra.

THE COURT held that there was nothing to identify or distinguish the parts in which complainants claimed a copyright, the mere notice of copyright obtained in each book not being sufficient; and that, as defendant's affidavits denied the equities of the bill, an injunction could not be granted on a preliminary hearing. Injunction refused.